

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00115-CV

Robert **DESPAIN**,
Appellant

v.

Laura Ann **DESPAIN**,
Appellee

From the County Court, Atascosa County, Texas
Trial Court No. 20-07-0609-CVA
Honorable Bob Brendel, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's Nunc Pro Tunc Amended Final Decree of Divorce is AFFIRMED. Costs of appeal are taxed against Appellant Robert DeSpain.

SIGNED April 27, 2023.

Liza A. Rodriguez, Justice